IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-CV-168-D

| | | |
|---|---|---|
| TYKEITA SHANTELL EBRON, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| EMONA SHA'DEY BISHOP, | ) | |
| Defendant. | ) | |

On September 11, 2026, plaintiff filed a pro se complaint against the defendant [D.E. 1] and a motion to proceed in forma pauperis [D.E. 2]. On September 21, 2026, the court referred the matter to United States Magistrate Judge Robert B. Jones, Jr., for a memorandum and recommendation [D.E. 6]. See 28 U.S.C. § 636(b)(1)(B).

On September 24, 2026, Magistrate Judge Jones issued a memorandum and recommendation ("M&R") [D.E. 7]. In the M&R, Magistrate Judge Jones recommended that the court grant the application to proceed in forma pauperis and dismiss without prejudice plaintiff's complaint for lack of subject-matter jurisdiction. See id. at 3–4.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation and citation omitted). In "order to preserve for appeal an issue in a magistrate judge's

report, a party must object to the finding or recommendation on that issue with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." Martin v. Duffy, 858 F.3d 239, 245 (4th Cir. 2017) (quotation and citation omitted); see United States v. Midgette, 478 F.3d 616, 622 (4th Cir. 2007).

Neither party objected to the M&R. Therefore, the court reviews for clear error. The court has reviewed the M&R and the record. There is no clear error on the face of the record. See Diamond, 416 F.3d at 315.

In sum, the court ADOPTS the conclusions in the M&R [D.E. 7], GRANTS plaintiff's request to proceed in forma pauperis [D.E. 2], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1].

SO ORDERED. This 29 day of October, 2026.

JAMES C. DEVER III
United States District Judge